Received 07/18/2013 09:08AM in 01:14 on line [4] for 32763 * 2/3

07/18/2013  10:07    843--571-5411    FEDEX OFFICE    1572    PAGE  02

ANNUITYGRP3 11:07:36 07/18/2013

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Check only one box – Checking more than one box will cause a delay in processing.**

☑ I **do not** want Federal/State income taxes withheld from my payment.

☐ I **do want** Federal/State income taxes withheld from my payment.    Federal ☐☐ %    State ☐☐ %

| Taxpayer Identification Number (TIN): | |
| --- | --- |
| Social Security Number | Employer Identification Number |
| REDACTED | ☐☐ - ☐☐☐☐☐☐☐ |
| Joint Taxpayer Identification Number (TIN): | |
| Social Security Number | Employer Identification Number |
| ☐☐☐ - ☐☐ - ☐☐☐☐ | ☐☐ - ☐☐☐☐☐☐☐ |

**Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.



Contract Owner Signature/Assignee: _____    Date: 07 - 18 - 2013

Joint Owner Signature/Assignee: _____    Date: ☐☐ - ☐☐ - ☐☐☐☐

Spousal Signature: _____    Date: ☐☐ - ☐☐ - ☐☐☐☐

Notary Signature: _____    Date: 07 - 18 - 2013

(A notary signature is needed for all surrender charges greater than $10,000)



MICHAEL A ROWELL
Notary Public - State of South Carolina
My Commission Expires September 21, 2020

**2 0 1 7 2 2**

Page 2 of 2    2017220

6773Z    REV 11-11

COPY

Received 07/18/2013 09:08AM in 01:14 on line [4] for 32763 * 3/3

07/18/2013  10:07    843--571-5411          FEDEX OFFICE    1572              PAGE  03

ANNUITYGRP3  11:07:36  07/18/2013

POOR QUALITY DOCUMENT

ROSINA K SEBONICHS
REDACTED
CHARLESTON, SC 29407

2283
07-1104/2632

Date

Pay to the
Order of _____ VOID _____  $ _____

Dollars

First Federal

For _____

REDACTED



North American Company
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

7/26/2013

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account.  North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution.  The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 7/23/2013 |
| Gross Amount: | $52,090.17 |
| **Surrender Charge:** | **$3,125.41** |
| Interest Adjustment: | $1,035.23 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $49,999.99 |

***Your distribution may be reported to the Internal Revenue Service for this tax year.***

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount.  Your policy may have other liquidity features available that could minimize or potentially eliminate this loss.  If you would like additional information, please contact one of our Client Service Specialists.  We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount.  The check must be received within **30 days** of the effective date of the withdrawal.  Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069.  Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday.  We want to thank you for allowing us to serve you.

Sincerely,

*Kristi Hill*

Kristi Hill
Annuity Service Department

Agent Information
PAUL H SLOTCHIVER
133 RIVER LANDING DR
CHARLESTON, SC  29492

Received 09/11/2013 08:02AM in 01:17 on line [13] for 32763 * 1/3

09/11/2013  09:02    843--571-5411    FEDEX OFFICE    1572    PAGE  01

**CLEAR FORM**

# Partial Surrender Request

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4350 Westown Parkway, West Des Moines, IA, 50266.  Phone: 866-322-7069 Fax: 866-322-7071

**North American Company**
for Life and Health Insurance

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.
Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure
both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your
request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

Contract Number: REDACTED

Contract Owner's First Name: R o s i n a    MI: K    Last Name: S e i g n i o u s

Joint Owner's First Name:    MI:    Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation):

Owner's Mailing Address    ☐ This is a new address
Street Address: REDACTED

City: C h a r l e s t o n    State: S C    Zip: 2 9 4 0 7    Phone Number: 8 4 3 - 5 1 4 - 5 7 9 1

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a
Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider.
Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata
basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/**
**Remaining Penalty-Free Withdrawal**

By checking this box you are requesting your
10% penalty-free or remaining penalty-free
withdrawal amount.

☑ **Fixed Amount** $ 5 0 0 0 0 0 0 Net
Net = Amount of check

The amount above indicates the check amount after any
applicable charges and/or taxes.

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will
be mailed to you.

**Important Information Regarding EFT (Please Read)**

• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and
 return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If
 the required documentation is not provided at the time of this request, a check will be sent to your address of record.

   ☐ **Checking Account** – A voided check is required to send funds EFT to your checking account.

   ☐ **Savings Account** – To send funds to a savings account, a letter is required. Please provide a letter on your
      bank's letterhead, signed by a bank official, with your name, account number and routing number.

   ☐ Please use EFT information currently on file.

$ 2 0 1 7 1 9

Page 1 of 2    $2017190

6773Z    REV 6-13

ANNUITY GRP3 10:26:05 09/11/2013

Received 09/11/2013 08:02AM in 01:17 on line [13] for 32763 * 2/3

09/11/2013  09:02     843--571-5411          FEDEX OFFICE     1572          PAGE  02

ANNUITY GRP3 10:26:05 09/11/2013

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

Withhold Federal Taxes – Select one

☑ No  ☐ Yes  ☐☐ % (minimum 10%)

Withhold State Taxes – Select one

☑ No  ☐ Yes  ☐☐ %

### Taxpayer Identification Number (TIN):

Social Security Number
REDACTED

Employer Identification Number
☐☐ - ☐☐☐☐☐☐☐

### Joint Taxpayer Identification Number (TIN):

Social Security Number
☐☐☐ - ☐☐ - ☐☐☐☐

Employer Identification Number
☐☐ - ☐☐☐☐☐☐☐

**Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _Edward Noble Moore POA  Karen K. Seigneur_     Date: 09 - 11 - 2013

Joint Owner Signature/Assignee: _____     Date: ☐☐ - ☐☐ - ☐☐☐☐

Spousal Signature: _____     Date: ☐☐ - ☐☐ - ☐☐☐☐

Notary Signature: _____     Date: 09 - 11 - 2013
(A notary signature is needed for all surrender charges greater than $10,000)

JOHNNIE S MIMS
Notary Public - State of South Carolina
My Commission Expires July 11, 2021

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

201720

Page 2 of 2          2017200

6773Z                REV 6-13

Received 09/11/2013 08:02AM in 01:17 on line [13] for 32763 * 3/3
09/11/2013  09:02    843--571-5411          FEDEX OFFICE    1572          PAGE  03

ANNUITY GRP3 10:26:06 09/11/2013



REDACTED



North American Company
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

9/19/2013

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account. North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution. The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 9/17/2013 |
| Gross Amount: | $52,165.21 |
| **Surrender Charge:** | **$3,129.91** |
| Interest Adjustment: | $964.69 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $49,999.99 |

***Your distribution may be reported to the Internal Revenue Service for this tax year.***

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount. Your policy may have other liquidity features available that could minimize or potentially eliminate this loss. If you would like additional information, please contact one of our Client Service Specialists. We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount. The check must be received within **30 days** of the effective date of the withdrawal. Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069. Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday. We want to thank you for allowing us to serve you.

Sincerely,

*Kristi Hill*

Kristi Hill
Annuity Service Department

Agent Information
PAUL H SLOTCHIVER
133 RIVER LANDING DR
CHARLESTON, SC  29492

Received 11/14/2013 08:55AM in 01:12 on line [9] for 32763 * 1/3

11/14/2013  09:54    843--571-5411    FEDEX OFFICE    1572    PAGE  01

CLEAR FORM

# Partial Surrender Request

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4360 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

**North American Company** for Life and Health Insurance

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

Contract Number: REDACTED

Contract Owner's First Name: Rosina    MI: K    Last Name: Selignious

Joint Owner's First Name:    MI:    Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation):

Owner's Mailing Address    ☐ This is a new address

Street Address: REDACTED

City: Charleston    State: SC    Zip: 29407    Phone Number: 843-514-5791

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider. Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

**Check only one box – Checking more than one box will cause a delay in processing.**

| ☐ 10% Penalty-Free Withdrawal/ Remaining Penalty-Free Withdrawal | ☑ Fixed Amount $ 3 5 0 0 0 0 0 Net |
|---|---|
| By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount. | Net = Amount of check<br>The amount above indicates the check amount after any applicable charges and/or taxes. |

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

Important Information Regarding EFT (Please Read)
- Once your withdrawal has been processed, funds will generally be available after three business days.
- EFT may not be available for all products.
- Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT information currently on file.

ANNUITY GRP3 13:48:49 11/14/2013

$ 2 0 1 7 1 9

Page 1 of 2    $2017190

6773Z    REV 6-13

Received 11/14/2013 08:55AM in 01:12 on line [9] for 32763 * 2/3

11/14/2013  09:54  843--571-5411  FEDEX OFFICE  1572  PAGE  82

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Withhold Federal Taxes – Select one**      **Withhold State Taxes – Select one**

☑ No  ☐ Yes  ☐__% (minimum 10%)    ☑ No  ☐ Yes  ☐__%

**Taxpayer Identification Number (TIN):**

Social Security Number: 2 5 1 - 4 2 - 0 4 3 5    Employer Identification Number

**Joint Taxpayer Identification Number (TIN):**

Social Security Number    Employer Identification Number

**Certification - Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _____  Date: 1 1 - 1 4 - 2 0 1 3

Joint Owner Signature/Assignee: _____  Date: ☐☐ - ☐☐ - ☐☐☐☐

Spousal Signature: _____  Date: ☐☐ - ☐☐ - ☐☐☐☐

Notary Signature: _____  Date: ☐☐ - ☐☐ - ☐☐☐☐
(A notary signature is needed for all surrender charges greater than $10,000)

**STEPHEN JOHNSON**
Notary Public - State of South Carolina
My Commission Expires February 07, 2023

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

2 0 1 7 2 0

Page 2 of 2    2017200

6773Z    REV 6-13

ANNUITY GRP3 13:48:50 11/14/2013

Received 11/14/2013 08:55AM in 01:12 on line [9] for 32763 * 3/3
11/14/2013  09:54    843--571-5411         FEDEX OFFICE    1572          PAGE  03



ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC 29407

2574
57-7104/2532

Date

Pay to the
Order of _____ VOID _____ $

Dollars

First Federal

REDACTED



POOR QUALITY
DOCUMENT



POOR QUALITY
DOCUMENT

ANNUITY GRP3 13:48:50 11/14/2013



**North American Company**
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

11/21/2013

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account.  North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution.  The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 11/20/2013 |
| Gross Amount: | $35,000.00 |
| **Surrender Charge:** | **$0.00** |
| Interest Adjustment: | $0.00 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $35,000.00 |

*Your distribution may be reported to the Internal Revenue Service for this tax year.*

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount.  Your policy may have other liquidity features available that could minimize or potentially eliminate this loss.  If you would like additional information, please contact one of our Client Service Specialists.  We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount.  The check must be received within **30 days** of the effective date of the withdrawal.  Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069. Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday.  We want to thank you for allowing us to serve you.

Sincerely,

*Kristi Hill*

Kristi Hill
Annuity Service Department

Agent Information
PAUL H SLOTCHIVER
133 RIVER LANDING DR
CHARLESTON, SC  29492

Received 12/12/2013 09:00AM in 01:16 on line [15] for 32763 * 1/3

12/12/2013  09:59    843--571-5411    FEDEX OFFICE    1572    PAGE  01

CLEAR FORM

# Partial Surrender Request

**North American Company for Life and Health Insurance**

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4350 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

Contract Number: **REDACTED**

Contract Owner's First Name: R o s i n a  MI: K  Last Name: s e i g n i o u s

Joint Owner's First Name:   MI:   Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation):

Owner's Mailing Address  ☐ This is a new address

Street Address: **REDACTED**

City: C h a r l e s t o n   State: S C   Zip: 2 9 4 0 7   Phone Number: 8 4 3 - 5 1 4 - 5 7 9 1

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider. Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/ Remaining Penalty-Free Withdrawal**

By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount.

☑ **Fixed Amount** $ 4 0 0 0 0 0 0  Net

Net = Amount of check

The amount above indicates the check amount after any applicable charges and/or taxes.

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**
• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT information currently on file.



$ 2 0 1 7 1 9

Page 1 of 2    $2017190

REV 6-13

6773Z

ANNUITY GRP3 12/12/2013 14:08:12

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal Income tax will be withheld.

**Withhold Federal Taxes – Select one**

☑ No  ☐ Yes  ☐☐ % (minimum 10%)

**Withhold State Taxes – Select one**

☑ No  ☐ Yes  ☐☐ %

**Taxpayer Identification Number (TIN):**

Social Security Number          Employer Identification Number

REDACTED

**Joint Taxpayer Identification Number (TIN):**

Social Security Number          Employer Identification Number

**Certification - Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _____  Date: 12-12-2013

Joint Owner Signature/Assignee: _____  Date: ☐☐-☐☐-☐☐☐☐

Spousal Signature: _____  Date: ☐☐-☐☐-☐☐☐☐

Notary Signature: _____  Date: 12-12-2013

(A notary signature is needed for all surrender charges greater than $10,000)

STEPHEN JOHNSON
Notary Public - State of South Carolina
My Commission Expires February 07, 2023

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

2 0 1 7 2 0

Page 2 of 2    2017200

6773Z    REV 6-13

Received 12/12/2013 09:00AM in 01:16 on line [15] for 32763 * 3/3

12/12/2013  09:59    843--571-5411    FEDEX OFFICE    1572    PAGE  03



ANNUITY GRP3 12/12/2013 14:08:13

Received 12/13/2013 08:06AM in 01:18 on line [6] for 32763 * 1/3

12/13/2013  09:05    843--571-5411        FEDEX OFFICE    1572        PAGE  01

**✳ SECOND ATTEMPT ✳**

CLEAR FORM

## Partial Surrender Request

**North American Company for Life and Health Insurance**

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4350 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

### I. Account Information

Contract Number: REDACTED

Contract Owner's First Name: R o s i n a  MI: K  Last Name: s e i g n i o u s

Joint Owner's First Name: _____  MI: __  Last Name: _____

Trust or Corporation Name (if owner is a Trust or a Corporation): _____

Owner's Mailing Address     ☐ This is a new address

Street Address: REDACTED

City: C h a r l e s t o n     State: S C   Zip: 2 9 4 0 7   Phone Number: 8 4 3 - 5 1 4 - 5 7 9 1

### II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider. Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/ Remaining Penalty-Free Withdrawal**
By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount.

☑ **Fixed Amount $** 4 0 0 0 0 0 0  Net
Net = Amount of check
The amount above indicates the check amount after any applicable charges and/or taxes.

### III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**
• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT information currently on file.



$ 2 0 1 7 1 9

Page 1 of 2       $2017190

REV 6-13

6773Z

ANNUITY GRP3 12/13/2013 09:17:29

Received 12/13/2013 08:06AM in 01:18 on line [6] for 32763 * 2/3

12/13/2013  09:05    843--571-5411    FEDEX OFFICE    1572    PAGE  02

ANNUITY GRP3 12/13/2013 09:17:29

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Withhold Federal Taxes – Select one**

☑ No  ☐ Yes  ☐☐% (minimum 10%)

**Withhold State Taxes – Select one**

☑ No  ☐ Yes  ☐☐%

**Taxpayer Identification Number (TIN):**

Social Security Number    Employer Identification Number

REDACTED

**Joint Taxpayer Identification Number (TIN):**

Social Security Number    Employer Identification Number

## Certification - Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _Edward Noble Moore POA / Robin M. Seignious_    Date: 12.12.2013

Joint Owner Signature/Assignee: _____    Date: __.__.____

Spousal Signature: _____    Date: __.__.____

Notary Signature: _____    Date: 12.12.2013

(A notary signature is needed for all surrender charges greater than $10,000)

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

STEPHEN JOHNSON
Notary Public - State of South Carolina
My Commission Expires February 07, 2023

2 0 1 7 2 0

Page 2 of 2    2017200

REV 6-13

6773Z

Received 12/13/2013 08:06AM in 01:18 on line [6] for 32763 * 3/3

12/13/2013  09:05    843--571-5411    FEDEX OFFICE    1572    PAGE  03



ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC 29407

2574
67-7194/2532

Pay to the
Order of_____

VOID    $

Dollars

First Federal

REDACTED

ANNUITY GRP3 12/13/2013 09:17:30



**North American Company**
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

12/17/2013

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account.  North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution.  The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 12/16/2013 |
| Gross Amount: | $40,000.00 |
| **Surrender Charge:** | **$0.00** |
| Interest Adjustment: | $0.00 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $40,000.00 |

*Your distribution may be reported to the Internal Revenue Service for this tax year.*

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount.  Your policy may have other liquidity features available that could minimize or potentially eliminate this loss.  If you would like additional information, please contact one of our Client Service Specialists.  We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount.  The check must be received within **30 days** of the effective date of the withdrawal.  Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069. Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday.  We want to thank you for allowing us to serve you.

Sincerely,

Kristi Hill

Kristi Hill
Annuity Service Department

Annuity Service Center • P.O. Box 79905 • Des Moines, Iowa 50325-0905

AAH9513

Received 01/15/2014 09:00AM in 01:12 on line [4] for 32763 * 1/3

01/15/2014  10:00     843--571-5411          FEDEX OFFICE     1572                    PAGE   01

CLEAR FORM

# Partial Surrender Request

**North American Company** for Life and Health Insurance

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4350 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

Contract Number: **REDACTED**
Contract Owner's First Name: R o s i n a
MI: K
Last Name: s e i g n i o u s

Joint Owner's First Name: | MI: | Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation)

Owner's Mailing Address   ☐ This is a new address
Street Address: **REDACTED**
City: C h a r l e s t o n
State: S C
Zip: 2 9 4 0 7
Phone Number: 8 4 3 - 5 1 4 - 5 7 9 1

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider. Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/ Remaining Penalty-Free Withdrawal**

By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount.

☑ **Fixed Amount** $ 1 2 5 0 0 0 0 0  Net
Net = Amount of check

The amount above indicates the check amount after any applicable charges and/or taxes.

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**

• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT information currently on file.



$ 2 0 1 7 1 9

Page 1 of 2     $2017190

REV 6-13

6773Z

ANNUITY GRP3 11:39:31 01/15/2014

Received 01/15/2014 09:00AM in 01:12 on line [4] for 32763 * 2/3
01/15/2014  10:00     843--571-5411          FEDEX OFFICE     1572               PAGE    02

ANNUITY GRP3 11:39:31 01/15/2014

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Withhold Federal Taxes -- Select one**          **Withhold State Taxes -- Select one**

☑ No   ☐ Yes   ☐☐ % (minimum 10%)          ☑ No   ☐ Yes   ☐☐ %

**Taxpayer Identification Number (TIN):**

Social Security Number                     Employer Identification Number

REDACTED

**Joint Taxpayer Identification Number (TIN):**

Social Security Number                     Employer Identification Number

**Certification -- Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _____   Date: 01 . 15 . 2014

Joint Owner Signature/Assignee: _____   Date: ☐☐ . ☐☐ . ☐☐☐☐

Spousal Signature: _____   Date: ☐☐ . ☐☐ . ☐☐☐☐

Notary Signature: _____   01 . 15 . 2014
(A notary signature is needed for all surrender charges greater than $10,000)

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

Page 2 of 2          2017200

2 0 1 7 2 0          REV 6-13

6773Z

COPY

Received 01/15/2014 09:00AM in 01:12 on line [4] for 32763 * 3/3

01/15/2014  10:00    843--571-5411              FEDEX OFFICE    1572              PAGE  03

POOR QUALITY DOCUMENT



2574
67-7194/2532

ROSINA K SEIGNIOUS
141 ASHLEY HALL PLANTATION RD
CHARLESTON, SC 29407

Date _____

Pay to the
Order of _____  $ _____

_____ Dollars



First Federal

REDACTED

ANNUITY GRP3 11:39:32 01/15/2014

Received 01/16/2014 12:54PM in 01:20 on line [6] for 32763 * 1/3

01/16/2014   13:54    843--571-5411    FEDEX OFFICE    1572    PAGE  01

CLEAR FORM    (X SECOND ATTEMPT X )

## Partial Surrender Request

**North American Company for Life and Health Insurance**

To be completed for partial surrenders. For questions, please contact the
North American Company for Life and Health Insurance® Customer Service Department,
4350 Westown Parkway, West Des Moines, IA, 50266.  Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

### I. Account Information

Contract Number: REDACTED

Contract Owner's First Name: Rosina    MI: K    Last Name: Seignious

Joint Owner's First Name:    MI:    Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation):

Owner's Mailing Address    ☐ This is a new address
Street Address: REDACTED

City: Charleston    State: SC    Zip: 29407    Phone Number: 843-514-5791

### II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider may adversely affect the benefits associated with this rider. Please refer to the Guaranteed Minimum Withdrawal Benefit (GMWB) Rider in your contract for more details.

If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

| ☐ **10% Penalty-Free Withdrawal/ Remaining Penalty-Free Withdrawal** | ☑ **Fixed Amount** $ 12500 00 Net |
|---|---|
| By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount. | Net = Amount of check  The amount above indicates the check amount after any applicable charges and/or taxes. |

### III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**
• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT Information currently on file.

$ 2 0 1 7 1 9

Page 1 of 2    $2017190

6773Z    REV 6-13

ANNUITY GRP 14:26:20 01/16/2014

Received 01/16/2014 12:54PM in 01:20 on line [6] for 32763 * 2/3

01/16/2014  13:54    843--571-5411    FEDEX OFFICE    1572    PAGE  02

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Withhold Federal Taxes – Select one**

☑ No  ☐ Yes  ☐ ☐ % (minimum 10%)

**Withhold State Taxes – Select one**

☑ No  ☐ Yes  ☐ ☐ %

**Taxpayer Identification Number (TIN):**

Social Security Number  █REDACTED█    Employer Identification Number ☐☐-☐☐☐☐☐☐☐

**Joint Taxpayer Identification Number (TIN):**

Social Security Number ☐☐☐-☐☐-☐☐☐☐    Employer Identification Number ☐☐-☐☐☐☐☐☐☐

**Certification - Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _Edward Ashle Moore PoA / Rosin K. Seiguess_    Date: 01 . 15 . 2014

Joint Owner Signature/Assignee: _____    Date: ☐☐ . ☐☐ . ☐☐☐☐

Spousal Signature: _____    Date: ☐☐ . ☐☐ . ☐☐☐☐

Notary Signature: _____    01 . 15 . 2014
(A notary signature is needed for all surrender changes greater than $10,000)

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79907, Des Moines, IA 50325-0907
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266



2 0 1 7 2 0    Page 2 of 2    2017200

6773Z    REV 6-13

COPY

Received 01/16/2014 12:54PM in 01:20 on line [6] for 32763 * 3/3

01/16/2014  13:54    843--571-5411    FEDEX OFFICE    1572    PAGE  03

POOR QUALITY DOCUMENT



ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC 29407

2574
61-7194/2532

VOID                    Date

Pay to the
Order of_____    $_____
                                    Dollars

First Federal

For_____

REDACTED

ANNUITY GRP 14:26:21 01/16/2014



**North American Company**
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

1/28/2014

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account.  North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution.  The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 1/22/2014 |
| Gross Amount: | $126,851.63 |
| **Surrender Charge:** | **$3,006.10** |
| Interest Adjustment: | $1,154.46 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $124,999.99 |

***Your distribution may be reported to the Internal Revenue Service for this tax year.***

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount.  Your policy may have other liquidity features available that could minimize or potentially eliminate this loss.  If you would like additional information, please contact one of our Client Service Specialists.  We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount.  The check must be received within **30 days** of the effective date of the withdrawal.  Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069.  Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday.  We want to thank you for allowing us to serve you.

Sincerely,

*Kristi Hill*

Kristi Hill
Annuity Service Department

Received 05/06/2014 09:01AM in 01:14 on line [14] for 32763 * 1/3

05/06/2014  10:00     843--571-5411          FEDEX OFFICE    1572              PAGE   01

CLEAR FORM

**North American Company**
for Life and Health Insurance

# Partial Surrender Request

To be completed for partial surrenders. For questions, please contact the North American Company for Life and Health Insurance® Customer Service Department, 4350 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

**Contract Number:** REDACTED   **Contract Owner's First Name:** Rosina   **MI:** K   **Last Name:** Seignious

**Joint Owner's First Name:**   **MI:**   **Last Name:**

**Trust or Corporation Name (if owner is a Trust or a Corporation):**

**Owner's Mailing Address**   ☐ This is a new address
**Street Address:** REDACTED

**City:** Charleston   **State:** SC   **Zip:** 29407   **Phone Number:** 843-514-5791

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider or Guaranteed Living Withdrawal Benefit (GLWB) Feature may adversely affect the benefits associated with this rider. Please refer to the GMWB Rider or GLWB Feature in your contract for more details. If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

**Check only one box** – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/Remaining Penalty-Free Withdrawal**

By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount.

☑ **Fixed Amount $ 1 2 5 0 0 0 0 0** Net
Net = Amount of check
The amount above indicates the check amount after any applicable charges and/or taxes.

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**
• Once your withdrawal has been processed, funds will generally be available after three business days.
• EFT may not be available for all products.
• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

    ☑ **Checking Account** – A voided check is required to send funds EFT to your checking account.
    ☐ **Savings Account** – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.
    ☐ Please use EFT information currently on file.

$ 2 0 1 7 1 9

$2017190

67773Z     North American Company for Life and Health Insurance® • 4350 Westown Parkway, West Des Moines, IA 50266     REV 3-14
Page 1 of 2

Annuity GRP 13:22:02 05/06/2014

Received 05/06/2014 09:01AM in 01:14 on line [14] for 32763 * 2/3
05/06/2014   10:00      843--571-5411              FEDEX OFFICE    1572              PAGE   02

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal income tax will be withheld.

**Withhold Federal Taxes – Select one**

☑ No    ☐ Yes    ☐☐% (minimum 10%)

**Withhold State Taxes – Select one**

☑ No    ☐ Yes    ☐☐%

**Taxpayer Identification Number (TIN):**

Social Security Number                    Employer Identification Number

REDACTED                                  ☐☐ - ☐☐☐☐☐☐☐

**Joint Taxpayer Identification Number (TIN):**

Social Security Number                    Employer Identification Number

☐☐☐ - ☐☐ - ☐☐☐☐        ☐☐ - ☐☐☐☐☐☐☐

**Certification - Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _Edward Noble Moore POA_  _Rosino K. Ferguson_   Date: 05.06.2014

Joint Owner Signature/Assignee: _____   Date: ☐☐ - ☐☐ - ☐☐☐☐

Spousal Signature: _____   Date: ☐☐ - ☐☐ - ☐☐☐☐

Notary Signature: _____   Date: ☐☐ - ☐☐ - ☐☐☐☐
(A notary signature is needed for all surrender charges greater than $10,000)

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79000, Des Moines, IA 50325-0905
Overnight to: 4601 Westown Parkway, West Des Moines, IA 50266

My Comm. Exp. 07-03-2023
NOTARY PUBLIC SOUTH CAROLINA

2 0 1 7 2 0

2017200
REV 3-14

6773Z

Page 2 of 2

Annuity GRP 13:22:03 05/06/2014

Received 05/06/2014 09:01AM in 01:14 on line [14] for 32763 * 3/3

05/06/2014  10:00    843--571-5411              FEDEX OFFICE    1572              PAGE  03



ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC 20407

2574
57-7194/2532

Pay to the
Order of

VOID

Date

$

Dollars

First Federal

REDACTED

Annuity GRP 13:22:04 05/06/2014



North American Company
for Life and Health Insurance
Annuity Service Center

A Member of the Sammons Financial Group

5/14/2014

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT (Electronic Funds Transfer), and should be in your account.  North American assumes that with the receipt of these funds you are accepting any and all losses attributed to this distribution.  The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract No: | REDACTED |
| Effective Date: | 5/8/2014 |
| Gross Amount: | $128,501.94 |
| **Surrender Charge:** | **$5,140.07** |
| Interest Adjustment: | $1,638.13 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $125,000.00 |

*Your distribution may be reported to the Internal Revenue Service for this tax year.*

Please be advised if a surrender charge amount is listed above you have incurred a loss in your gross amount.  Your policy may have other liquidity features available that could minimize or potentially eliminate this loss.  If you would like additional information, please contact one of our Client Service Specialists.  We would be happy to discuss these alternative options with you.

If after reviewing the information provided, you choose not to take this withdrawal from your annuity contract, please return a check for the full amount.  The check must be received within **30 days** of the effective date of the withdrawal.  Once we have received the check, we will promptly place it back into your annuity.

If you have any questions, please feel free to contact our Client Services Department at (866) 322-7069.  Our office hours are 7:30 a.m. to 5:00 p.m. (CST) Monday through Thursday, and 7:30 a.m. to 12:30 p.m. (CST) on Friday.  We want to thank you for allowing us to serve you.

Sincerely,

*Kristi Hill*

Kristi Hill
Annuity Service Department

OXN4485

Received 08/14/2014 09:10AM in 01:16 on line [0] for 32763 * 1/3

08/14/2014  10:09    843--571-5411    FEDEX OFFICE  1572    PAGE  01

ANNUITY GRP 10:10:23 08/14/2014

CLEAR FORM

**NA** North American Company
for Life and Health Insurance

# Partial Surrender Request

To be completed for partial surrenders. For questions, please contact the North American Company for Life and Health Insurance® Customer Service Department, 4350 Westown Parkway, West Des Moines, IA, 50266. Phone: 866-322-7069 Fax: 866-322-7071

The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract. Altered forms, including but not limited to correction fluid, strike out, or photocopies will not be accepted. Please ensure both pages of this form are submitted and all sections are completed accurately to ensure prompt processing of your request. Failure to do so may result in a delay of the withdrawal.

## I. Account Information

Contract Number: **REDACTED**

Contract Owner's First Name: R o s i n a   MI: K   Last Name: S e i g n i o u s

Joint Owner's First Name:   MI:   Last Name:

Trust or Corporation Name (if owner is a Trust or a Corporation):

Owner's Mailing Address  ☐ This is a new address

Street Address: **REDACTED**

City: C h a r l e s t o n   State: S C   Zip: 2 9 4 0 7   Phone Number: 8 4 3 - 5 1 4 - 5 7 9 1

## II. Partial Surrender Information

Withdrawals taken prior to age 59½ may be subject to IRS penalties. Taking a withdrawal from a contract that has a Guaranteed Minimum Withdrawal Benefit (GMWB) Rider or Guaranteed Living Withdrawal Benefit (GLWB) Feature may adversely affect the benefits associated with this rider. Please refer to the GMWB Rider or GLWB Feature in your contract for more details. If your Contract is a fixed index annuity, this withdrawal will remove funds from the fixed and index accounts on a pro-rata basis, based on the value in each account on the effective date of the withdrawal.

Check only one box – Checking more than one box will cause a delay in processing.

☐ **10% Penalty-Free Withdrawal/Remaining Penalty-Free Withdrawal**

By checking this box you are requesting your 10% penalty-free or remaining penalty-free withdrawal amount.

☑ **Fixed Amount $ 1 2 5 0 0 0 0 0** Net
Net = Amount of check

The amount above indicates the check amount after any applicable charges and/or taxes.

## III. Delivery Method

You may elect to have your funds sent by regular mail or Electronic Funds Transfer. If no election is indicated, a check will be mailed to you.

**Important Information Regarding EFT (Please Read)**

• Once your withdrawal has been processed, funds will generally be available after three business days.

• EFT may not be available for all products.

• Should an inappropriate deposit be made, the financial institution is authorized to make a debit entry to your account and return the corrected amount to North American.

☐ Send Check out regular mail.

☑ Send funds EFT – I authorize North American to automatically deposit this withdrawal into the account chosen below. If the required documentation is not provided at the time of this request, a check will be sent to your address of record.

☑ Checking Account – A voided check is required to send funds EFT to your checking account.

☐ Savings Account – To send funds to a savings account, a letter is required. Please provide a letter on your bank's letterhead, signed by a bank official, with your name, account number and routing number.

☐ Please use EFT information currently on file.

POOR QUALITY DOCUMENT

$ 2 0 1 7 1 9

$2017190

Received 08/14/2014 09:10AM in 01:16 on line [0] for 32763 * 2/3
08/14/2014  10:09     843--571-5411          FEDEX OFFICE    1572          PAGE  02

## IV. Election of Withholding (Must be completed)

You must indicate if Federal/State income taxes should be withheld from your payment by signing and dating this election form and returning it to North American. State taxes will be withheld only if required by your state. Even if you elect not to have Federal/State income taxes withheld, you are liable for Federal/State income taxes on the taxable portion of your benefits. You may also be subject to tax penalties under the Estimated Tax Payment rules if your payments of estimated tax and withholding, if any, are not adequate. If no election is made, 10% Federal Income tax will be withheld.

**Withhold Federal Taxes – Select one**          **Withhold State Taxes – Select one**

☑ No   ☐ Yes   ☐☐% (minimum 10%)          ☐ No   ☐ Yes   ☐☐%

**Taxpayer Identification Number (TIN):**

Social Security Number                    Employer Identification Number

REDACTED

**Joint Taxpayer Identification Number (TIN):**

Social Security Number                    Employer Identification Number

**Certification - Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and;
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and;
3. I am a U.S. citizen.

## V. Acknowledgement

I/We hereby acknowledge that the information provided herein is to the best of our knowledge true and accurate. I/We also acknowledge that this form must be fully completed, and failure to complete any portion of this form may delay the processing of this request. The completion of this form is necessary to satisfy the Written Notice Requirement as defined in Section 1 of your contract.

If this transaction is subject to a community property interest, we strongly recommend that You obtain your spouse's signature on the line below to document his/her consent to this transaction. States that recognize community property interests in property held by married persons include Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin.

You understand and agree that the Company may presume that no community property interest exists if You have not obtained your spouse's signature below. Further, You understand and agree that the Company has no duty to inquire further about any such community property interest. As a result, You agree to indemnify and hold the Company harmless from any consequences relating to community property interests and this transaction.

Please note the term "spouse" includes domestic partner or other partner as permitted by civil union, domestic partnership or similar law.

Contract Owner Signature/Assignee: _Edward Noble Moore POA_   _Ronnie K. Simmons_   Date: ☐☐-☐☐-☐☐☐☐

Joint Owner Signature/Assignee: _____   Date: ☐☐-☐☐-☐☐☐☐

Spousal Signature: _____   Date: ☐☐-☐☐-☐☐☐☐

Notary Signature: _____   Date: 0 8 - 1 4 - 2 0 1 4
(A notary signature is needed for all surrender charges greater than $10,000.) My Commission Expires:
June 16, 2021

North American Company for Life and Health Insurance®
Mail to: P.O. Box 79905, Des Moines, IA 50325-0905
Overnight to: 4350 Westown Parkway, West Des Moines, IA 50266

2 0 1 7 2 0

2017200
REV 3-14

6773Z

Page 2 of 2

ANNUITY GRP 10:10:24 08/14/2014

Received 08/14/2014 09:10AM in 01:16 on line [0] for 32763 * 3/3

08/14/2014  10:09    843--571-5411                    FEDEX OFFICE    1572                    PAGE  03

ANNUITY GRP 10:10:24 08/14/2014

COPY

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC 29407

2758
61-7194/2502

Date

Pay to the
Order of _____  $

_____  Dollars

**First Federal**

For _____

REDACTED

08/22/2014



**North American Company**
for Life and Health Insurance

ROSINA K SEIGNIOUS
REDACTED
CHARLESTON, SC  29407

Dear Valued Contractholder,

Your request for a distribution has been processed, sent EFT(Electronic Funds Transfer), and should be in your account. North American assumes that with the receipt of these funds you are accepting any and all losses attributed to the distribution. The withdrawal amount was calculated as follows:

| | |
|---|---|
| Contract Number: | REDACTED |
| Effective Date: | 8/21/2014 |
| Gross Amount: | $128,844.87 |
| Surrender Charge: | $5,153.79 |
| Interest Adjustment: | $1,308.92 |
| Federal Income Tax: | $0.00 |
| State Income Tax: | $0.00 |
| Premium Taxes: | $0.00 |
| Amount of EFT: | $125,000.00 |

*Your distribution may be reported to the Internal Revenue Service for the tax year.*

Please be advised if a surrender charge amount is listed above, you have incurred a loss in your gross amount. Your policy may have other liquidity features available that could minimize or potentially eliminate this loss. If you would like additional information, please contact one of our Client Service Specialists. We would be happy to discuss these alternative options with you.

Disbursement from your annuity contract as requested by you, the contract owner, are final and will be reported as income in the tax year they are made available.

If you have questions, please call us toll-free at 1-866-322-7069. We are available Monday through Thursday from 7:30 am to 5:00 pm (CST) and Friday from 7:30 am to 12:30 pm (CST).  A service professional within the Client Service Department will be happy to take your important call.

Sincerely,

Kristi Hill

Kristi Hill
Manager, Client Services Processing

Annuity Service Center: P.O. Box 79905  ◆  Des Moines, Iowa  50325
Phone 1-866-322-7069  ◆  Fax 866-322-7071

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
) NINTH JUDICIAL CIRCUIT
COUNTY OF CHARLESTON ) CASE NO: 2014-ES-10-01694

IN THE MATTER OF THE ESTATE )
OF ROSINA KENNERTY SEIGNIOUS, )
Deceased, )
by JOSEPH S. TYSON as its )
successor Personal Representative )
)
)
Petitioner, )
)
v. )
) CERTIFICATE OF SERVICE
North American Company for Life and )
Health Insurance, Mary Sayas, )
as Personal Representative of the Estate of )
Ali R. Sayas, and Harry Slotchiver )
)
Respondents )
)

I DO HEREBY certify that on this date I have served the filed Amended Petition on

counsel for North American Company for Life and Health Insurance by overnighting a true and

correct copy of the same via Federal Express to the address indicated as follows:

**VIA FEDERAL EXPRESS**
**OVERNIGHT DELIVERY**
Alison M. Gutierrez
Kutack Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186

_____
Larkin W. Hegler

April 20, 2017
Mt. Pleasant, South Carolina

STATE OF SOUTH CAROLINA      )     IN THE PROBATE COURT

           )     NINTH JUDICIAL CIRCUIT

COUNTY OF CHARLESTON      )

IN THE MATTER OF THE ESTATE OF  )

ROSINA KENNERTY SEIGNIOUS,  )     CASE NUMBER: 2014-ES-10-01694

Deceased,      )

by JOSEPH S. TYSON as its successor  )

Personal Representative,     )

           )

      Petitioner,  )     **MOTION FOR REMOVAL**

           )

vs.           )

           )

North American Company for Life and  )

Health Insurance, Mary Sayas, as Personal  )

Representative of the Estate of Ali R. Sayas,  )

and Harry Slotchiver,     )

           )

      Respondents.  )

           )

A formal proceeding concerning the above matter was commenced on March 24, 2017. The undersigned hereby moves for removal of this action to the Circuit Court and asserts that this action is removable because it involves the following:

☐ Probate of Will

☐ Appointment of Personal Representative

☐ Construction of Will

☐ Title to property in which the Estate of a decedent asserts an interest

☐ Internal or external matter involving a trust (excluding "special needs trusts")

☒ Action in which there is a right to trial by jury and in which the amount in controversy is at least $5,000

☐ Action concerning gifts under the SC Uniform Gifts to Minors Act

This Motion is made no later than ten (10) days from May 5, 2017, the date on which all responsive pleadings were filed. By copy of this Motion, the undersigned is giving notice to interested persons as required by law.

Executed this **4TH** day of May, 2017.

|  | KUTAK ROCK LLP |
|---|---|
| Signature: | *Gregory Crochet* |
| Print Name: | GREGORY R. CROCHET, ESQ. |
|  | South Carolina Bar No. 026962 |
| Address: | 303 PEACHTREE STREET, N.E., SUITE 2750 |
|  | ATLANTA, GA 30303-1731 |
| Telephone | (404)-222-4600 |
| Fax | (404) 222-4654 |
| Email: | GREG.CROCHET@KUTAKROCK.COM |
|  | and |
|  | ALISON M. GUTIERREZ, ESQ. |
|  | Nebraska Bar No. 24025 (pro hac vice to be filed) |
|  | 1650 FARNAM STREET |
|  | OMAHA, NE  68102 |
| Telephone | (402) 346-6000 |
| Fax | (402) 346-1148 |
| Email: | ALISON.GUTIERREZ@KUTAKROCK.COM |
| Relationship to Decedent/Estate: | ATTORNEYS FOR RESPONDENT NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE |

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| | ) | |
| | ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON | ) | |
| | ) | |
| IN THE MATTER OF THE ESTATE OF<br>ROSINA KENNERTY SEIGNIOUS,<br>Deceased, | ) | CASE NUMBER: 2014-ES-10-01694 |
| | ) | |
| by JOSEPH S. TYSON as its successor<br>Personal Representative, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| North American Company for Life and<br>Health Insurance, Mary Sayas, as Personal<br>Representative of the Estate of Ali R. Sayas,<br>and Harry Slotchiver, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER FOR REMOVAL

☐ It is hereby ORDERED on the Court's own Motion that this action be removed to the Circuit Court.
   ☐ Jurisdiction is retained as to all other matters involving this case.
   ☐ The related matters of _____ are also removed to serve the best interest of the Estate and/or the interest of judicial economy.

☒ The Motion for Removal is hereby GRANTED. This action shall be removed to the Circuit Court.
   ☐ Jurisdiction is retained as to all other matters involving this case.
   ☐ The related matters of _____ are also removed to serve the best interest of the Estate and/or the interest of judicial economy.

☐ It is hereby ORDERED that the Motion for Removal is DENIED because_____.

Executed this _____ day of _____, 2017.

_____
Judge Curry, Probate Court Judge

FORM #109ES (1/2016)
62-1-302
4815-0985-2487.2

## CERTIFICATE OF SERVICE

This is to certify that I have this 4TH day of May, 2017, served all parties or their counsel

with a copy of the MOTION FOR REMOVAL and PROPOSED ORDER by placing copies of

same in the United States Mail in an envelope with adequate postage affixed thereon, properly

addressed as follows:

Lawrence E. Richter, Jr., Esq.              Robert B. Pearlman, Esq.
Aaron E. Edwards, Esq.                      Pearlman & Pearlman
The Richter Firm, LLC                       751 Johnnie Dodds Blvd.
622 Johnnie Dodds Blvd.                     Mt. Pleasant, SC  29464
Mt. Pleasant, SC  29464

Mary Sayas, as Personal Representative      Harry Slotchiver
Of the Estate of Ali R. Sayas              44 State Street
2124 Wappoo Hall Drive                      Charleston, SC  29401
Charleston, SC  29412

Harry Slotchiver
12 Beachwood W
Isle of Palms, SC  29451


_____
GREGORY R. CROCHET

STATE OF SOUTH CAROLINA   ) IN THE PROBATE COURT FOR
COUNTY OF CHARLESTON    ) THE NINTH JUDICIAL CIRCUIT
              )
IN THE MATTER OF THE ESTATE  )
OF ROSINA KENNERTY SEIGNIOUS, ) CASE NO. 2014-ES-10-01694
Deceased, by JOSEPH S. TYSON as its )
Successor Personal Representative   )
              ) **RESPONDENT NORTH AMERICAN**
   Petitioner,      ) **COMPANY FOR LIFE AND HEALTH**
              ) **INSURANCE'S MOTION TO DISMISS**
              )
v.             )
              )
NORTH AMERICAN COMPANY FOR  )
LIFE AND HEALTH INSURANCE,   )
MARY SAYAS, As Personal     )
Representative        )
OF THE ESTATE OF ALI R. SAYAS,  )
AND HARRY SLOTCHIVER,    )
              )
   Respondents.     )
_____)

Respondent North American Company for Life and Health Insurance, ("NACOLAH") hereby moves to dismiss Petitioner's Amended Petition filed April 20, 2017 (the "Amended Petition") as against NACOLAH, pursuant to Rule 12(b)(6) of the South Carolina Rules of Civil Procedure, because the Amended Petition fails to state any claim upon which relief can be granted.

NACOLAH files a Memorandum of Law In Support of Motion To Dismiss contemporaneously herewith.

WHEREFORE, North America Company for Life and Health Insurance moves this Court to enter an order dismissing Petitioner's Amended Petition, as against it, and for such other and further relief as the Court deems just and proper.

4821-2376-8135.3

Dated this **4TH** day of May, 2017.

Respectfully submitted,

KUTAK ROCK LLP

Gregory R. Crochet
South Carolina Bar No. 026962
303 Peachtree Street, N.E.
Suite 2750
Atlanta, GA 30308-3201
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)
greg.crochet@kutakrock.com

and

Alison M. Gutierrez
Nebraska Bar No. 24025 (*pro hac vice to be filed*)
1650 Farnam Strreet
Omaha, NE 68102
(402) 346-6000 (Telephone)
(402) 346-1148 (Facsimile)
alison.gutierrez@kutakrock.com

Attorneys for Respondent North American
Company for Life and Health Insurance

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the within and foregoing was served upon all parties or their counsel of record by placing a copy of each of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

Lawrence E. Richter, Jr., Esq.
Aaron E. Edwards
THE RICHTER FIRM, LLC
622 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464

Robert B. Pearlman, Esq.
PEARLMAN & PEARLMAN, PC
651 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464

Harry Slotchiver
12 Beachwood W
Isle of Palms, SC 29451

Mary Sayas, as Personal Representative
Of the Estate of Ali R. Sayas
2124 Wappoo Hall Drive
Charleston, SC 29412

Harry Slotchiver
44 State Street
Charleston, SC 29401

This **4 7TH** day of May, 2017.

Gregory R. Crochet

4821-2376-8135.3                                          3

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
COUNTY OF CHARLESTON ) FOR THE NINTH JUDICIAL CIRCUIT
)
IN THE MATTER OF THE ESTATE )
OF ROSINA KENNERTY SEIGNIOUS, ) CASE NO. 2014-ES-10-01694
Deceased, by JOSEPH S. TYSON as its )
Successor Personal Representative, )
)
    Petitioner, ) **MEMORANDUM OF LAW**
) **IN SUPPORT OF RESPONDENT**
v. ) **NORTH AMERICAN COMPANY FOR**
) **LIFE AND HEALTH INSURANCE'S**
) **MOTION TO DISMISS**
NORTH AMERICAN COMPANY FOR )
LIFE AND HEALTH INSURANCE, )
MARY SAYAS, as Personal )
Representative )
OF THE ESTATE OF ALI R. SAYAS, )
AND HARRY SLOTCHIVER, )
)
    Respondents. )

COMES NOW Respondent North American Company for Life and Health Insurance ("NACOLAH"), and files this Memorandum of Law in support of its Motion to Dismiss Amended Petition filed in the above-referenced action, and shows the Court as follows:

## I. INTRODUCTION

Petitioner Joseph S. Tyson, as the successor personal representative of the Estate of Rosina Kennerty Seignious ("Petitioner"), filed this action claiming on behalf of the estate alleged damages in connection with NACOLAH's issuance of an annuity to Rosina Kennerty Seignious ("Mrs. Seignious") in October 2008, approximately six years before Mrs. Seignious died in September 2014, and the alleged withdrawals Edward N. Moore, Sr. ("Moore"), Mrs. Seignious's attorney-in-fact and sole beneficiary of the annuity, made from the annuity between March 2011 and August 2014. Former NACOLAH agent, Respondent Ali Sayas (now deceased), was the original writing agent for the annuity. Respondent Harry Slotchiver later replaced Mr. Sayas as agent of record after his death.

4823-2199-6103.3

Petitioner asserts eight causes of action in the Amended Petition, namely claims for (1) alleged violation of S.C. Code Ann. § 62-1-106; (2) suitability and misrepresentation;, (3) aiding and abetting breach of fiduciary duty; (4) breach of fiduciary duty; (5) negligence; (6) disgorgement/unjust enrichment; (7) conversion; and (8) alleged violation of the South Carolina Unfair Trade Practices Act ("SCUTPA").

Petitioner's Amended Petition fails to state a claim for which relief may be granted for a number of reasons. Petitioner's first cause of action pursuant to S.C. Code Ann. § 62-1-106 must be dismissed because there are no allegations NACOLAH engaged in any fraud in connection with the probate proceeding for Mrs. Seignious's estate or that NACOLAH received any benefit from any alleged fraudulent activities of Moore related to his administration of the estate.

Petitioner's second cause of action for suitability and misrepresentation, to the extent based on alleged fraudulent misrepresentations, fails because fraud claims do not survive death as a matter of South Carolina law.

Petitioner's second, fourth, fifth and sixth causes of action fail, to the extent premised on the alleged suitability of the annuity for Mrs. Seignious, because the regulations that govern the suitability of annuities under South Carolina law expressly provide there is no private right of action related to suitability.

Petitioner's second through fifth and seventh causes of action also fail because they are barred by the economic loss doctrine.

The sixth cause of action for unjust enrichment/disgorgement must be dismissed because such a claim is inappropriate where a contract, the annuity, governed NACOLAH's relationship with Mrs. Seignious, including how it handled the premium received from her.

2

Petitioner's seventh cause of action for conversion fails to state a claim because Mrs. Seignious voluntarily paid a premium to NACOLAH pursuant to the terms of the annuity.

Petitioner's eighth cause of action under the SCUTPA fails because NACOLAH is exempt from the act and Petitioner is expressly precluded from bringing a claim under the act in a representative capacity.

Lastly, Petitioner's second through eighth causes of action must be dismissed because they are barred by the applicable three-year statute of limitations.

For these reasons, as set out in detail below, the Court should dismiss the Amended Petition as against NACOLAH with prejudice.

## II. FACTUAL BACKGROUND[1]

Mrs. Seignious executed an application for a NACOLAH Charter 7 fixed annuity on October 3, 2008 (Amended Petition (hereinafter, "Am. Pet."), Ex. 3). Mrs. Seignious acknowledged and agreed in the application that "the application shall be part of the annuity" (*id.* p. 4). Mrs. Seignious contributed an initial premium of $3,000,000 in connection with the application (*id.* p. 3). Mrs. Seignious also executed on October 3, 2008 an Acknowledgement Form, whereby she acknowledged she had reviewed the annuity application, received the original version of the North American Charter Series Annuity Brochure discussing how the product works and understood the annuity for which she applied had a term period of seven years, during which the annuity would be subject to surrender charges for withdrawals in excess of 10% of the account value (*id.*). In the Acknowledgement from, Mrs. Seignious also acknowledged she chose the 7 year Charter Series annuity with NACOLAH due to the principal guarantee, tax deferred gains, annually locked in gains, diversification and her ability to choose

---

[1] Certain allegations in the Amended Petition referenced herein are accepted as true only for purposes of this Motion to Dismiss and only to the extent indicated herein.

3

her own designated beneficiary so that the proceeds will go to the beneficiary and therefore *avoid probate (id.)*. Mrs. Seignious further stated in the Acknowledgement:

> I have chosen Edward N. Moore to be my primary beneficiary and his children . . . as my contingent beneficiaries. I have solely made this decision with no influences from any parties whatsoever. Edward is like a son to me, his children are like my own grandchildren and I love them all very dearly.

*(Id.)*. Mrs. Seignious further executed a Deferred Annuity Suitability Form, where she, among other things, identified her net worth (excluding primary residence) as $10,000,000, and stated her financial objectives for purchasing the Annuity were tax deferral and interest guarantees *(id.)*.

As directed, NACOLAH issued Annuity No. ending in 7460 (the "Annuity") to Mrs. Seignious on October 7, 2008[2] (Am. Pet. ¶ 5; Ex. A hereto, Specifications Page). Respondent, and former NACOLAH agent, Ali Sayas, was the original writer of the Annuity (Am. Pet. Ex. 3). Mrs. Seignious acknowledged receipt of the Annuity on October 16, 2008 (Ex. A). The Annuity expressly states it is a contract between NACOLAH and Mrs. Seignious, and that NACOLAH agreed to pay the benefits provided by the contract (Ex. A, p. 1). The Annuity described, among other things, how Mrs. Seignious's premium would be allocated (Annuity § 4), the manner in which the value of the value of the Annuity would be calculated (Annuity §§ 5-6), Mrs. Seignious's right to surrender the Annuity (Annuity § 7), partially surrender the accumulation value (Annuity § 8), the death benefit that would be paid (Annuity § 9) and how the Annuity would be paid out on the maturity date (Annuity §10).

On October 16, 2008, consistent with the Acknowledgement Form, Mrs. Seignious executed an Amendment of Application to NACOLAH, naming nonparty Moore as 100% beneficiary of the Annuity and identifying Moore as her friend (Ex. A). Mrs. Seignious

---

[2] A true and correct copy of the Annuity is attached hereto as **Exhibit A**. As set in greater detail below, the Annuity is appropriately considered in the context of this Motion to Dismiss.

4

identified Moore's children, Edward, Townes, Mary and Terrell, each as 25% contingent beneficiaries (*id*). Moore was a friend of Mrs. Seignious, but was not affiliated in any way with NACOLAH.

On or about March 2, 2011, NACOLAH was presented with a Durable Power of Attorney ("POA") that Mrs. Seignious executed on September 15, 2008, naming Moore as her attorney-in-fact with broad powers to act on her behalf (Am. Pet. ¶¶ 11, 13, Ex. 2). These powers included the power "to instruct any entity or person having custody or control of any assets of [hers]" (*id.*). The POA was witnessed by two witnesses and notarized and was recorded in the Charleston County Recorder's office at Book 0010, Page 856 on September 19, 2008 (*id.*).

Mrs. Seignious herself requested partial surrenders of the Annuity on March 30, 2010, seeking a cash payment of $50,000, and on January 7, 2011, seeking a cash payment of $105,000 (Am. Pet. Ex. 6). Moore, in his capacity as Mrs. Seignious's attorney-in-fact, requested additional partial surrenders of the Annuity between March 2011 and August 2014 (*id.*). In each case, notice was provided to Mrs. Seignious at her address identified in her application identifying any taxes withheld and any fees incurred (*id.*). Mrs. Seignious always was provided an opportunity to return the payment within 30 days if she chose not to take the withdrawal (*id.*).

### III. ARGUMENT AND CITATION OF AUTHORITY

#### A.   Standard of Review for Motion to Dismiss.

"Under Rule 12(b)(6), SCRCP, a defendant may make a motion to dismiss based on a failure to state facts sufficient to constitute a cause of action." *Baird v. Charleston County*, 333 S.C. 519, 527, 511 S.E.2d 69, 73 (1999). "A trial judge in the civil setting may dismiss a claim when the defendant demonstrates the plaintiff has failed to state facts sufficient to constitute a cause of action in the pleadings filed with the court." *Doe v. Marion*, 361 S.C. 463, 469, 605 S.E.2d 556, 559 (Ct. App. 2004). "Rule 12(b)(6), SCRCP, retains the Code Pleading Standard . .

5

. rather than the more lenient notice pleading standard found in the federal rules." (*Gaskins v. S. Farm Bureau Cas. Ins. Co.*, 343 S.C. 666, 671, 541 S.E.2d 269, 271 (Ct. App. 2000), *aff'd as modified*, 354 S.C. 416, 581 S.E.2d 169 (2003)) (internal quotations omitted). A motion to dismiss "must be granted if the facts and the inferences reasonably deducible from them show that the plaintiff could not prevail on any theory of the case." *Gray v. State Farm Auto Ins. Co.*, 327 S.C. 646, 651, 491 S.E.2d 272, 275 (Ct. App. 1997).

"Generally, in considering a 12(b)(6) motion, the trial court must base its ruling solely upon allegations set forth on the face of the complaint." *Doe*, 361 S.C. at 469, 605 S.E.2d at 559 (citing *Stiles v. Onorato*, 318 S.C. 297, 457 S.E.2d 601 (1995)). However, "[t]he Court may consider documents outside the pleadings in determining whether to dismiss a complaint where the documents are integral to the complaint, explicitly relied on in the complaint and where plaintiff does not challenge their authenticity." *Martin v. Companion Healthcare Corp.*, No. 99-CP-40-4698, 2001 WL 36222011 (S.C. Com. Pl. June 6, 2001) (citing *Phillips v. LCI Int'l, Inc.*, 190 F.3d 609 (4th Cir. 1999))[3]; *see also Goines v. Valley Cmt'y Servs. Bd.*, 822 F.3d 159, 166 (4th Cir. 2016) (on motion to dismiss, court "may consider a document submitted by the movant that was not attached to or expressly incorporated in a complaint, so long as the document was integral to the complaint and there is no dispute about the document's authenticity."); *Epstein v. World Acceptance Corp.*, 203 F. Supp. 3d 655, 662 (D.S.C. 2016) (on Fed. R. Civ. P. 12(b)(6) motion to dismiss, court may consider "only the facts alleged in the complaint, which may include any documents referenced, and matters of which the court may take judicial notice.").[4]

---

[3] "In the absence of prior state law on the issue in question, federal cases interpreting the rule are persuasive." *Unisum Ins. v. Hawkins*, 342 S.C. 537, 542, 537 S.E.2d 559, 561-62 (Ct. App. 2000).

[4] Here, it is appropriate for the Court to consider the Annuity for purposes of this Motion to Dismiss because Petitioner premises his claims on the issuance of the Annuity, expressly refers to the Annuity throughout the Amended Petition and attaches the application for the Annuity as Exhibit 3, which expressly states it "shall be part of the [A]nnuity."

6

Under this standard, the Amended Petition should be dismissed in its entirety with prejudice.

**B.    Petitioner's First Claim for Relief Pursuant to S.C. Code Ann. § 62-1-106 Fails To State a Claim upon Which Relief Can Be Granted.**

Petitioner alleges in support of his first cause of action for relief pursuant to S.C. Code Ann. § 62-1-106 that Moore committed acts of fraud while acting as personal representative of Mrs. Seignious's estate (Am. Pet. ¶¶ 28-32). Petitioner, however, cannot state a claim against NACOLAH under Section 62-1-106 because Petitioner has failed to allege facts establishing NACOLAH itself perpetrated any fraud in connection with Mrs. Seignious's estate or received any benefit from any alleged fraud perpetrated by Moore.

Pursuant to S.C. Code Ann. § 62-1-106:

> Whenever fraud has been perpetrated in connection with any proceeding or in any statement filed under this Code or if fraud is used to avoid or circumvent the provisions or purposes of this Code, any person injured thereby may: (i) obtain appropriate relief against the perpetrator of the fraud and (ii) restitution from any person (other than a bona fide purchaser) benefiting from the fraud, whether innocent or not, but only to the extent of any benefit received. . . . *This section has no bearing on remedies relating to fraud practiced on a decedent during his lifetime which affects the succession of his estate.*

In *Gordon v. Busbee*, 397 S.C. 119, 128, 723 S.E.2d 822, 827 (Ct. App. 2012), the successor personal representatives of a wife's estate brought, among other claims, a claim for relief under S.C. Code Ann. § 62-1-106 against the attorney for the personal representative and two devisees for the husband's estate, challenging the husband's transfer of funds out of his wife's estate while acting as personal representative. The plaintiffs asserted the devisees of the husband's estate were liable because they knew of the funds transfers and received the benefit of those transfers. *Id.* The South Carolina Court of Appeals disagreed and found the devisees were not liable, concluding there was no evidence the devisees "committed fraud or benefited from any other party's fraud." *Id.* at 134, 723 S.E.2d at 831.

7

Here, Petitioner alleges Moore committed various fraudulent acts in connection with his administration of Mrs. Seignious's probate estate in his capacity as Personal Representative (Am. Petition ¶¶ 28-32). There is no allegation that Moore was an agent for or had any relationship with NACOLAH, which he did not. Accordingly, Petitioner does not allege NACOLAH engaged in any fraud in connection with Mrs. Seignious's probate estate—nor could he— because NACOLAH had no role with respect to her estate whatsoever.

Nor does Petitioner allege facts demonstrating NACOLAH was aware of or received any benefit from any alleged fraud in which Moore allegedly engaged in connection with Mrs. Seignious's probate proceeding. The only alleged benefits Petitioner alleges Respondents collectively received were "fees, commissions and/or other profits" (Am. Pet. ¶ 33). As the application attached to the Petition demonstrates, Mrs. Seignious herself purchased the Annuity during her lifetime and therefore incurred any commission associated with the Annuity purchase through her own conduct while she was alive (Am. Pet. Ex. 3). The attachments to the Amended Petition show that all surrender fees in connection with the Annuity were incurred in connection with withdrawals that occurred during Mrs. Seignious's lifetime (the last one being on August 22, 2014) (Am. Pet. Ex. 6). Section 62-1-106 does not apply to any alleged benefit NACOLAH received during Mrs. Seignious's life. As in *Gordon*, Petitioner is not entitled to recover against NACOLAH under Section 62-1-106 where there are no allegations that NACOLAH committed fraud or showing NACOLAH benefited from fraud in connection with Moore's alleged fraudulent conduct in Mrs. Seignious's probate proceeding. Accordingly, the Court should dismiss Petitioner's first cause of action for failure to state a claim.

8

**C.     Petitioner's Second Cause of Action Fails To State a Claim Against NACOLAH to the Extent It Is Predicated on Alleged Misrepresentations.**

To the extent Petitioner's claim relates to alleged misrepresentations, Petitioner cannot state a claim for relief.  Petitioner alleges in his second cause of action, "Respondents, with scienter, made material misrepresentations or failed to disclose material information relating to unsuitability, and the buyer justifiably relied to her detriment upon Respondent's representations of suitability" (Am. Pet. ¶ 40).  Petitioner's claim premised on alleged misrepresentations made to Ms. Seignious during her lifetime does not survive her death as a matter of law.

Pursuant to South Carolina statute, "[c]auses of action for and in respect to . . . any and all injuries to the person or to personal property shall survive both to and against the personal or real representative . . . of a deceased person . . . any law or rule to the contrary notwithstanding." S.C. Code Ann. § 15-5-90.  South Carolina courts, however, have long recognized certain exceptions to the survivability of a claim, including an exception for fraud. *See Mattison v. Palmetto State Life Ins. Co.*, 197 S.C. 256, 15 S.E.2d 117 (1941) (a cause of action for fraud did not survive the death of a person who was allegedly defrauded by an apparent cancellation of an insurance policy); *Ferguson v. Charleston Lincoln Mercury, Inc.*, 349 S.C. 558, 564-65, 564 S.E.2d 94, 97 (2002); *Pamplico Bank & Trust Co. v. Prosser*, 259 S.C. 621, 625, 193 S.E.2d 539, 540 (1972); *Brewer v. Graydon*, 233 S.C. 124, 124, 103 S.E.2d 767, 769 (1958).  The fraud exception to survivability is not limited only to a cause of action titled "fraud." *Ferguson*, 349 S.C. at 564-65, 564 S.E.2d at 97.  In *Ferguson*, the South Carolina Supreme Court recognized that although the plaintiff's cause of action arose under the "Dealer Act," the essence of the defendant's alleged conduct amounted to misleading Mr. Ferguson and concealing overcharges by either intentional deception or gross negligence. *Id.*  The court held that because such actions

9